ROSLYN DANIELS BROWN *v.* WILBERT C. BROWN
(11847)

LAVERY, LANDAU and SCHALLER, Js.

Argued September 27—decision released October 19, 1993

*Bryan L. LeClerc,* with whom, on the brief, was *Peter J. Ottomano,* for the appellant (plaintiff).

*Roy S. Ward,* with whom, on the brief, was *Douglas Wells,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.